# UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND

| | |
|---|---|
| CHAMBERS OF<br>J. FREDERICK MOTZ<br>UNITED STATES DISTRICT JUDGE | 101 WEST LOMBARD STREET<br>BALTIMORE, MARYLAND 21201<br>(410) 962-0782<br>(410) 962-2698 FAX |

October 4, 2005

Memo To Counsel Re: Ronald Young v. City of Frederick, Maryland, et al.
Civil No. JFM-05-856

Dear Counsel:

I have reviewed the memoranda submitted in connection with plaintiff's motion for attorney's fees, costs, and expenses.

I award plaintiff attorneys' fees in the amount of $18,750.00, and costs and expenses in the amount of $637.06, for a total award of $19,387.06. In making this award, I find that the hourly rates charged by Ms. Powell, Ms. Schobel, and Ms. Rounceville are all reasonable. I also find that the time spent by Ms. Powell on the case was reasonable. I am, however, reducing the amount of the award I am making to Ms. Powell's firm by approximately $3,500.00 ($21,309.50 minus $17,750.00) because I believe defendant is correct in two respects. First, I believe that Ms. Rounceville spent somewhat more time on the case than she needed to (although her efforts were entirely understandable in light of her newness to the bar). Second, in light of Ms. Powell's active involvement in the case, I believe that Ms. Schobel apparently spent a bit more time than she needed to in supervising Ms. Rounceville.

I also find that the award I am making is the one justified by the twelve *Johnson* factors.

Despite the informal nature of this letter, it should be flagged as an opinion and docketed as an order.

Very truly yours,

/s/


J. Frederick Motz
United States District Judge